August 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

DOV  AVNI  KAMINETZKY, Appellant

NO. 14-14-00410-CV                         V.

DOSOHS I, LTD, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on March 31, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Dov Avni Kaminetzky.

We further order this decision certified below for observance.